**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Andrezj Bobel
Plaintiff,
v.
Case No.: 1:12−cv−05346
Honorable Amy J. St. Eve
Maxlite, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2014:

MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 2/27/2014 and continued to 4/23/2014 at 08:30 AM (as opposed to the 4/22/14 date given in open court). Defendant's motion for leave to amend final non−infringement contentions [128], defendant's motion for leave to file amended final non−infringement contentions under seal [127] and plaintiff's unopposed motion to amend the case schedule [131] are granted. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.